**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| MEDIS, S.A., <br><br> Plaintiff, <br><br> v. <br><br> JP MORGAN CHASE BANK, N.A. <br><br> Defendant. | Case No. 22-cv-00849(PKC)(SDA) |
| JPMORGAN CHASE BANK, N.A. <br><br> Counterclaim-Plaintiff, <br><br> v. <br><br> MEDIS, S.A., <br><br> Counterclaim-Defendant. | |
| JPMORGAN CHASE BANK, N.A. <br><br> Third-Party Plaintiff, <br><br> v. <br><br> NARCISA C. LEWIS and DROMEX INTERNATIONAL, S.A. <br><br> Third-Party Defendants. | |

## DEFAULT JUDGMENT

This matter comes before the Court by defendant and interpleader plaintiff JPMorgan Chase Bank, N.A.'s ("Chase") motion for entry of default judgment against interpleader defendant Narcisa C. Lewis ("Lewis") pursuant to Federal Rule of Procedure 55(b).

This action was commenced on January 11, 2022 in New York State court with the filing of a summons and complaint ("Complaint") by Plaintiff Medis, S.A. ("Medis") against Chase.

Case 1:22-cv-00849-PKC   Document 31   Filed 06/23/22   Page 2 of 3

Dkt. No. 1-1. This action was removed to this Court on February 1, 2022. Dkt. No. 1. Medis alleges in its Complaint it was fraudulently induced to wire $123,660.00 ("Funds") to a Chase bank account held by a "fraudster." Complaint ¶ 11. Medis claims that the Funds belong to it, and demands judgment against Chase in that amount. Complaint ¶ 23.

Chase filed an answer to the Complaint and an interpleader counterclaim against Medis and interpleader third-party claims against Lewis and Dromex International, S.A. ("Dromex") on March 31, 2022 ("Interpleader Complaint"). Dkt. No. 11. Chase alleges in the Interpleader Complaint that the Funds were transferred to a Chase account ending 8333 ("Account") on June 10, 2021. Interpleader Complaint at 2 ¶ 1. Lewis is the holder of the Account. *Id.* at 9-10 ¶ 10. Dromex is Medis's intended recipient of the transfer. *Id.* at 11 ¶ 23; Complaint ¶¶ 11-12. The Interpleader Complaint alleges a cause of action for interpleader pursuant to Fed. R. Civ. P. 22 and 28 U.S.C. § 1335 for a judicial determination of the rights, if any, of Medis, Lewis, and Dromex to the Funds. Interpleader Complaint at 11-12 ¶¶ 20-27.

A Summons on Lewis was issued on April 1, 2022. Dkt. No. 14. Chase served the Interpleader Complaint on Lewis on April 8, 2022. Dkt. No. 16. Lewis's deadline to respond to the Interpleader Complaint was April 29, 2022 pursuant to Fed. R. Civ. P. 12. Chase moved for, and on June 6, 2022, the Clerk issued, a Certificate of Default against Lewis. *See* Dkt. No. 27.

Upon consideration of the motion papers, and all files, records and proceedings herein, the Court finds that the facts set forth in the Interpleader Complaint merit entry of default judgment against Lewis on the cause of action alleged in the Interpleader Complaint. It is therefore:

**ORDERED**, that Chase's motion for default judgment against Lewis is **GRANTED** as to all counts in the Interpleader Complaint; and it is

**ORDERED**, that Chase is discharged from any and all liability to Lewis with respect to the Funds in the Account, to the extent those funds are ordered to be turned over to Medis, Dromex, or any other persons or entities; and it is

**ORDERED** that Lewis is permanently restrained and enjoined from instituting or prosecuting any proceeding, in any jurisdiction, affecting the Funds involved in this action until further order of the Court.

*Motion (Doc 28) should be terminated by the Clerk.*

New York, New York

July 13 _____, 2022

_____
Hon. P. Kevin Castel, U.S.D.J.

3