UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------x

MEDIS, S.A.,

        Plaintiff,

v.                                                        22-cv-849 (PKC)

JP MORGAN CHASE BANK, N.A.

        Defendant.                             ORDER

-----------------------------------------------------------x

CASTEL, U.S.D.J.:

        During today's scheduled conference, plaintiff did not appear. The conference is rescheduled for October 24, 2022, at 11:30 am. Plaintiff is advised that any future failure to appear will result in dismissal for failure to prosecute.

        SO ORDERED.

                                    P. Kevin Castel
                                    United States District Judge

Dated: New York, New York
          October 7, 2022