UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------x

MEDIS, S.A.,

        Plaintiff,

v.                                22-cv-849 (PKC)

JP MORGAN CHASE BANK, N.A.

        Defendant.           ORDER

-----------------------------------------------------------x

CASTEL, U.S.D.J.:

        Within 21 days, Medis S.A. shall file an application pursuant to the Court's Order of January 30, 2025 (ECF 63) for a Final Judgment in its favor, annexing a proposed judgment.

        SO ORDERED.

*[signature]*
P. Kevin Castel
United States District Judge

Dated: New York, New York
         July 18, 2025