UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x
MEDIS, S.A.,

                Plaintiff,                22-cv-849 (PKC)

    -against-                **ORDER FOR FINAL JUDGMENT**

JP MORGAN CHASE BANK, N.A.,

                Defendant.
------------------------------------------------------------x

        This matter comes before the Court by the motion of Plaintiff, Médis, S.A., for the entry of a Final Judgment in its favor. Pursuant to this Court's Orders dated January 30, 2025 (ECF 63) and July 18, 2025 (ECF 69), Plaintiff was found to be the rightful owner of the moneys deposited by JP Morgan Chase Bank, N.A. into the Disputed Ownership Fund with the Court Registry Investment System.

        The amount held by the Disputed Ownership Fund comes to about $112,589.60. The Clerk of Court shall pay out the entire sum in the Disputed Ownership Fund with the Court Registry Investment System with accrued interest (if any) to plaintiff in the form of a check made payable to "Médis, S.A." for retrieval by its attorney, Kay Uswatte, Esq., of Morgan Legal Group, P.C., 15 Maiden Lane, Suite 905, New York, NY 10038.

        This judgment is final and disposes of all claims and parties. The Clerk of Court shall terminate any pending motions and close the case.

2

IT IS SO ORDERED.

*P. Kevin Castel*
P. Kevin Castel
United States District Judge

Dated: New York, New York
      August 18, 2025